**Order entered December 30, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00450-CV

**WILLIAM RICHMOND, Appellant**

**V.**

**FOREST GREEN MANOR, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-01665-C**

## ORDER

Before the Court is appellant's December 29, 2022 motion for an extension of time to file an amended brief as requested by the Court. We **GRANT** the motion and extend the time to Monday, January 30, 2023. We caution appellant that further extension requests will be disfavored.

/s/    BILL PEDERSEN, III
       JUSTICE